780

JOHN LLOYD ABRAMIC, Steptoe & Johnson, LLP, Chicago, IL, argued for appellant. Also represented by JAMES RICHARD NUTTALL, KATHERINE H. JOHNSON.

SEAN M. SULLIVAN, Lee Sullivan Shea & Smith LLP, Chicago, IL, argued for appellee. Also represented by JOHN DAN SMITH III; PAULA FRITSCH, PAUL HENRY BERGHOFF, McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL.

(Moore, Reyna, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for plaintiff-appellant. Also represented by JARED ALEXANDER SMITH; AHMED JAMAL DAVIS, Washington, DC.

GARY EDWARD HOOD, Polsinelli PC, Chicago, IL, argued for defendant-appellee. Also represented by MARK THOMAS DEMING, ADAM S. WEISS.

(Moore, Reyna, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**MACROPOINT, LLC, Plaintiff-Appellant**

v.

**FOURKITES, INC., Defendant-Appellee**

**2016-1286**

United States Court of Appeals, Federal Circuit.

December 8, 2016

**SECURUS TECHNOLOGIES, INC., Appellant**

v.

**GLOBAL TEL\*LINK CORPORATION, Appellee**

**2016-1372**
**2016-1373**

United States Court of Appeals, Federal Circuit.

December 8, 2016